374 A.2d 697

Brooks, et al., Appellants, v. Government Employees Insurance Company, et al.

Argued March 21, 1977. Aloysius J. Staud, with him Fine, Staud & Grossman, for appellants; Louis Bell, with him Peter P. Liebert, III, for appellees.

Order affirmed.

SPAETH, J., would remand to permit counsel for plaintiff to attach a copy of the insurance policy.

374 A.2d 697

Buonacore et vir v. Marco's Restaurant, Inc. (et al., Appellants).

Argued March 24, 1977. John F. McDevitt, Jr., with him John J. O'Brien, Jr., for appellants; Joseph I. Fineman, for appellees.

Order affirmed.